


**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Andrew Bernard Moss,
    Plaintiff,



Robert L. Ayers, Jr.
    Defendant.

**CV 08  2891**

CASE NO.

E-filing

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

PJH
(PR)



I, <u>Andrew Bernard Moss</u>, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed?     Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

    None.

2.     Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.     Business, Profession or     Yes ___ No _X_
            self employment
    b.     Income from stocks, bonds,     Yes ___ No _X_
            or royalties?

  c. Rent payments?  Yes ___ No _X_
  d. Pensions, annuities, or Yes ___ No _X_
   life insurance payments?
  e. Federal or State welfare payments, Yes ___ No _X_
   Social Security or other govern-
   ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married? Yes ___ No _X_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support:

$ ___N/A._____

  b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____None._____

_____

5. Do you own or are you buying a home? Yes ___ No _X_

Estimated Market Value: $__0_____ Amount of Mortgage: $____0_____

6. Do you own an automobile? Yes ___ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ __0__

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ___ No _X_

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No _X_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)
Yes ___ No _X_

_____

8. What are your monthly expenses?

Rent: $ __0__                    Utilities: __0__

Food: $ __0__                    Clothing: __0__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| None | $ 0 | $ 0 |
| None | $ 0 | $ 0 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

___None._____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

3

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

___5-9-08___      _andrw B Moss  E-74525_
DATE               SIGNATURE OF APPLICANT

Case Number:_____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __MOSS ANDREW B E-74525__ for the last six months at
[prisoner name]

__SAN QUENTIN STATE PRISON__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $___0___ and the average balance in the prisoner's account each month for the most recent 6-month period was $___0___.

Dated: 5/27/08                                    _____
                                                  Authorized officer of the institution

REPORT ID: TS3030 .701                                              REPORT D
                                                                      PAGE

CALIFORNIA DEPARTMENT OF CORRECTIONS
SAN QUENTIN PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 27, 2008 THRU MAY 27, 2008

ACCOUNT NUMBER : E74525                BED/CELL NUMBER: N 4 C
ACCOUNT NAME   : MOSS, ANDREW BERNARD  ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE |
|---|---|---|---|---|
| 4.34 | 0.00 | 0.00 | 4.34 | 0.00 |

DATE: 05/27/08
NO:           1

)0000000027U

TRANSACTIONS
TO BE POSTED
        0.00

CURRENT
AVAILABLE
BALANCE
        4.34

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5/27/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

DATE: 05/27/08
NO: