UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW BERNARD MOSS,

    Petitioner,

vs.

ROBERT L. AYERS, JR.,

    Respondent.

No. C 08-2891 PJH (PR)

**JUDGMENT**

The court having entered an order today summarily dismissing the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: July 28, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.08\MOSS2891.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANDREW B MOSS ,

          Plaintiff,

  v.

ROBERT L AYERS JR,

          Defendant.

Case Number: CV08-02891 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew Bernard Moss E-74525
San Quentin State Prison
4-N-27 Up
San Quentin, CA 94964

Dated: July 29, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk